**Kevin A. PEZZANO, Respondent**

v.

**TOWAMENCIN TOWNSHIP, Petitioner**

**No. 170 MAL 2017**

Supreme Court of Pennsylvania.

August 1, 2017

## ORDER

PER CURIAM

**AND NOW,** this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**